**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7680**

———————

PATRICK EDWIN RUDD,

                                                 Plaintiff - Appellant,

    versus

UNITED STATES OF AMERICA,

                                               Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-00-618-5-BO)

———————

Submitted: February 8, 2001      Decided: February 15, 2001

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Patrick Edwin Rudd, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick Edwin Rudd appeals the district court's orders deny-
ing relief on his 28 U.S.C. § 2241 (1994) petition and his motion
for reconsideration.  We have reviewed the record and the district
court's orders and find no reversible error.  Accordingly, we af-
firm on the reasoning of the district court. <u>Rudd v. United States</u>,
No. CA-00-618-5-BO (E.D.N.C. Sept. 20 & Oct. 6, 2000).  We dispense
with oral argument because the facts and legal contentions are
adequately presented in the materials before the court and argument
would not aid the decisional process.

<u>AFFIRMED</u>

2